```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,                        JUDGMENT
                                                     05-CV- 1607 (SLT)
                    Plaintiff,                       05-CV- 1609 (SLT)

    -against-

    RONALD A. BROW,


                    Defendant.
------------------------------------------------------------X
    RONALD A. BROW,

                    Third-Party Plaintiff,

    -against-


    RUTGERS, THE STATE UNIVERSITY
    OF NEW JERSEY,

                    Third-Party Defendant.
------------------------------------------------------------X
```

An Order of Honorable Sandra L. Townes, United States District Judge, having been filed on January 21, 2010, granting Rutgers' motion for judgment on the pleadings; dismissing Ronald Brow's third-party actions for the reasons set forth in the Court's Memorandum and Order dated December 7, 2009; certifying pursuant to 28 U.S.C. § 1915(a) that any appeal from this Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

ORDERED and ADJUDGED that Rutgers' motion for judgment on the pleadings is granted; that Ronald Brow's third-party actions are dismissed for the reasons set forth in

JUDGMENT
05-CV- 1607 (SLT)

the Court's Memorandum and Order dated December 7, 2009; that pursuant to 28 U.S.C. § 1915(a) any appeal from this Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
       January 21, 2010

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court